**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE STOCKBRIDGE-MUNSEE COMMUNITY, BAND OF MOHICAN INDIANS,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; DIRK KEMPTHORNE, in his official capacity as SECRETARY OF THE INTERIOR; and JAMES E. CASON, in his official capacity as ASSOCIATE DEPUTY SECRETARY OF THE INTERIOR,<br><br>        Defendants. | Civil Action No.<br><br>1:08-CV-01031-EGS |

**NOTICE OF CHANGE OF ADDRESS**

I, Derril Jordan, hereby file this notice advising that my address has changed, effective July 21, 2008.

From:  Nordhaus Law Firm, LLP
        1401 K Street, N.W.
        Suite 801
        Washington, D.C. 20005

To:  Fredericks, Peebles & Morgan LLP
      1401 K Street, N.W.
      Suite 801
      Washington, D.C. 20005
      (202) 408-4805 - phone
      (202) 408-4806 - fax
      Djordan@ndnlaw.com

Respectfully submitted this 31st day of July, 2008.

/s/ Derril Jordan
Derril Jordan (DC Bar No. 470591)
Fredericks, Peebles & Morgan LLP
1401 K Street, N.W.
Suite 801
Washington, D.C. 20005