
## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the following document **NOTICE OF CHANGE OF ADDRESS** were served on August 1, 2008 by U.S. Mail to the following:

Michael Mukasey
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Room 5111
Washington, D.C. 20530-2000

Jeffrey A. Taylor
U.S. Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530

Dirk Kempthorne
Secretary
U.S. Department of the Interior
1849 C Street, N.W.
M.S. 7229
Washington, D.C. 20240

James Cason
Assistant Secretary for Policy Management and Budget
U.S. Department of the Interior
1849 C Street, N.W.
Room 5113
Washington, D.C. 20240

United States Department of the Interior
1849 C Street, N.W.
Washington, D.C. 20005

_Kaye Diefendorf_
Kaye Diefendorf