UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STOCKBRIDGE MUNSEE COMMUNITY,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>UNITED STATES OF AMERICA, *et al.*,  )<br>  )<br>  Defendants.  )<br>  ) | No. 1:08-cv-01031 |

**<u>FEDERAL DEFENDANTS' NOTICE OF APPEARANCE OF COUNSEL</u>**

To the Clerk of this Court and all parties of record:

Federal Defendants hereby give notice of the appearances of Maureen E. Rudolph and Edward J. Passarelli as counsel for the Federal Defendants. Service of all further pleadings, documents or other papers herein, exclusive of original process, should be made upon the Federal Defendants by service upon Ms. Rudolph and Mr. Passarelli at the address indicated below:

<u>Regular Delivery:</u>

       Maureen E. Rudolph
       Edward J. Passarelli
       U.S. Department of Justice
       Environment and Natural Resources Division
       Natural Resources Section
       P.O. Box 663
       Washington, D.C. 20044-0663
       Telephone:   (202) 305-0479
                         (202) 305-0468
       Facsimile:    (202) 305-0506
       E-mail: maureen.rudolph@usdoj.gov
       E-mail: edward.passarelli@usdoj.gov

<u>Express Delivery</u>:

        601 D. Street, N.W.
        Room 3205
        Washington, D.C. 20004

Service of all further pleadings, documents or other papers herein, exclusive of original process, should continue to be made upon Eugene Seidel, counsel for the Federal Defendants.

Respectfully submitted this 28th day of August 2008,

        RONALD J. TENPAS
        Assistant Attorney General

        <u>/s/ Maureen E. Rudolph</u>
        MAUREEN E. RUDOLPH, SD Bar # 3176
        EDWARD J. PASSARELLI, VA Bar #16212
        U.S. Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, D.C.  20044-0663
        Tel:    202-305-0479
        Tel:    202-305-0468
        Fax:    202-305-0506
        maureen.rudolph@usdoj.gov
        edward.passarelli@usdoj.gov

        Attorneys for Federal Defendants

OF COUNSEL:

Thomas Blaser
Solicitor's Office
Department of the Interior

## CERTIFICATE OF SERVICE

      I hereby certify that on May 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically notify Plaintiff's counsel, Kirkland E. Reid and Kenneth S. Steeley , Miller, Hamilton, Snider & Odom, L.L.C., Esq. and Poarch Band Creek of Indians counsel, Caroline Pryor and William Perry.

                                            /s/ Maureen E. Rudolph
                                            Maureen E. Rudolph (SD Bar #3176)
                                            Attorney for Federal Defendants